IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-00181-RPM (Consolidated)

REGENCY HOTEL MANAGEMENT COMPANY, INC.
a Colorado corporation,

    Plaintiff,

v.

EVANSTON INSURANCE COMPANY,
an Illinois company,

    Defendant.

---

ORDER DISMISSING COUNT IV (NEGLIGENCE CLAIM) OF THE COMPLAINT

---

Upon consideration of the defendant's motion to dismiss count IV (negligence claim) of the complaint, and the plaintiff's response filed June 6, 2005, stipulating to the dismissal of that claim, it is

ORDERED that the defendant's motion is granted. The claim designated as count IV of the complaint for negligence against defendant Evanston Insurance Company is dismissed.

Dated: August 15, 2005.

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

                                Richard P. Matsch, Senior District Judge