IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-00181-RPM (Consolidated)

REGENCY HOTEL MANAGEMENT COMPANY, INC.,

     Plaintiff,

v.

EVANSTON INSURANCE COMPANY,

     Defendant.

- - - - - -

Civil Action No. 04-cv-00182-RPM

EVANSTON INSURANCE COMPANY,

     Plaintiff,

v.

REGENCY HOTEL MANAGEMENT COMPANY, INC.,

     Defendant.

ORDER

Pursuant to the hearing on December 22, 2005, it is

ORDERED that this matter is set for trial to jury on **April 17, 2006, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges frame.htm** (RPM procedures).  It is

FURTHER ORDERED that a pretrial conference is scheduled for **March 17, 2006, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United

2

States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/rules frame.htm** (Appendix G).   In addition, the proposed Final Pretrial Order shall be submitted **by March 9, 2006,** via E-mail to **Matsch_Chambers@cod.uscourts.gov**.  It is

FURTHER ORDERED that an evidentiary hearing regarding maintenance records is scheduled for **February 10, 2006, at 10:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.

DATED: December 23, 2005

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge