IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-00181-RPM (Consolidated)

REGENCY HOTEL MANAGEMENT COMPANY, INC.,

    Plaintiff,

v.

EVANSTON INSURANCE COMPANY,

    Defendant.

- - - - - -

Civil Action No. 04-cv-00182-RPM

EVANSTON INSURANCE COMPANY,

    Plaintiff,

v.

REGENCY HOTEL MANAGEMENT COMPANY, INC.,

    Defendant.

---

ORDER DENYING COLORADO DEPARTMENT OF PUBLIC HEALTH AND
ENVIRONMENT'S MOTION FOR PROTECTIVE ORDER

---

On April 11, 2006, the Colorado Department of Public Health and Environment filed a motion for protective order to limit the testimony of its employee Paula Ross on a subpoena issued by Evanston Insurance Company.  As noted in the motion itself and as confirmed at a hearing held on an emergency motion for continuance of trial on April 12, 2006, counsel for Evanston Insurance Company confirmed that no expert opinion testimony will be sought from the subpoenaed witness.  It is therefore

Case 1:04-cv-00181-RPM   Document 77   Filed 04/13/06   USDC Colorado   Page 2 of 2

ORDERED that the motion is denied as unnecessary.

DATED: April 13, 2006

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge