IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-00181-RPM (Consolidated)

REGENCY HOTEL MANAGEMENT COMPANY, INC.,

     Plaintiff,

v.

EVANSTON INSURANCE COMPANY,

     Defendant.

- - - - - -

Civil Action No. 04-cv-00182-RPM

EVANSTON INSURANCE COMPANY,

     Plaintiff,

v.

REGENCY HOTEL MANAGEMENT COMPANY, INC.,

     Defendant.

## ORDER RESCHEDULING TRIAL DATE

     Pursuant to the hearing convened on April 12, 2006, it is

     ORDERED that this matter is rescheduled for trial to jury on **September 25, 2006, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: April 14, 2006

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge