IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-00181-RPM (Consolidated)

REGENCY HOTEL MANAGEMENT COMPANY, INC.,

      Plaintiff,

v.

EVANSTON INSURANCE COMPANY,

      Defendant.

- - - - - -

Civil Action No. 04-cv-00182-RPM

EVANSTON INSURANCE COMPANY,

      Plaintiff,

v.

REGENCY HOTEL MANAGEMENT COMPANY, INC.,

      Defendant.

## ORDER RESCHEDULING TRIAL DATE

Do to a conflict in the Court's calendar, it is

ORDERED that the trial scheduled for September 25, 2006 is vacated and rescheduled for trial to jury on **March 19, 2007 at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: September 5th, 2006

                                        BY THE COURT:

                                        s/ Richard P. Matsch

                                        _____

                                        Richard P. Matsch, Senior District Judge