IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

FILED
UNITED STATES DISTRICT COURT
DENVER

NOV 20 2006

GREG...

Civil Action No. 04-CV-181 RPM (Consolidated)

REGENCY HOTEL MANAGEMENT COMPANY, INC., a Colorado corporation,

Plaintiff,

v.

EVANSTON INSURANCE COMPANY, an Illinois company,

Defendant.

-------

Civil Action No. 04-CV-182 RPM

EVANSTON INSURANCE COMPANY, an Illinois company,

Plaintiff,

v.

REGENCY HOTEL MANAGEMENT COMPANY, INC., a Colorado corporation,

Defendant.

---

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND THE FINAL PRETRIAL ORDER TO ALLOW PLAINTIFF TO ADD PHOTOS TO ITS EXHIBIT LIST

THIS MATTER having come before the Court on Regency's Unopposed Motion for Leave to Amend the Final Pretrial Order to Allow Plaintiff to Add Photos to its Exhibit List, and being fully advised in the premises, the Court hereby grants the motion, therefore,

IT IS ORDERED, that Plaintiff's attached Revised Exhibit List is accepted and Exhibit number 33, "Photographs taken by Wendell Rahorst," is added.

DONE AND ENTERED this 20th day of November, 2006.

BY THE COURT

_____
Richard P. Matsch
United States District Court Judge