**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              March 20, 2007
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 04-cv-00181-RPM (Consolidated with 04-cv-00182-RPM)

| | |
|---|---|
| REGENCY HOTEL MANAGEMENT COMPANY, INC., a Colorado corporation, | Russell Yates<br>Erin Kristofco |
| Plaintiff, | |
| v. | |
| EVANSTON INSURANCE COMPANY, an Illinois company, | Craig Johnson<br>Neil Arney |
| Defendant. | |

_____

### COURTROOM MINUTES
_____

**Trial to Jury Day Two**

**8:30 a.m.        Court in session.**

Court's preliminary remarks.

Court states its understanding of defendant's motion in limine and plaintiff's response.

Mr. Yates answers questions.
Mr. Arney requests clarification of Court's ruling.

**ORDERED:    Evanston Insurance Company's Motion in Limine Pursuant to Daubert to Exclude Expert Opinion Testimony of Wendell Rahorst, filed March 16, 2007 [85], is denied.**

**8:36 a.m.        Court in recess.**

**8:59 a.m.        Court in session.**

Jurors present.

9:00 a.m.        Continued cross examination of Mr. Merritt by Mr. Johnson.

March 20, 2007
04-cv-00181-RPM

**Defendant's Exhibit B-10 pg. 8 identified, offered and received.**
**Defendant's Exhibit F-4 identified, offered, stipulated and received.**
Reference to Plaintiff's Exhibits 2 and 25.
**Plaintiff's Exhibits M2-1 thru M2-14, M2-27 thru M2-37, M2-40, M2-49, M2-51, M2-73, M2-75, M2-81, M2-82, M2-85, M2-86, M2-90, M2-91, M2-94, M2-113, M2-114 and M2-115 identified, offered and received.**
Defendant's Exhibits L-4 and L-5 referenced. (L-5 offered, foundation objection sustained).

Court instructs jurors.

Jurors excused.

**10:18 a.m.     Court in recess.**

**10:33 a.m.     Court in session.**

Jurors present.

10:35 a.m.     Continued cross examination of Mr. Merritt by Mr. Johnson.

Reference to Plaintiff's Exhibit 3.
Defendant's Exhibit D-11 pg. 3 referenced.

10:47 a.m.     Redirect examination of Mr. Merritt by Mr. Yates.

Reference to Defendant's Exhibit F-4.
**Defendant's Exhibit F-8 identified, offered and received.**

Counsel stipulate to permit beyond the scope examinations of Mr. Koch to facilitate scheduling.

10:57 a.m.     Plaintiff's witness, Thomas Koch, sworn.

Direct examination of Mr. Koch by Ms. Kristofco.

**Plaintiff's Exhibits 26-12, 26-10 and 26-29 identified, offered and received.**
Plaintiff's Demonstrative Exhibit 3 published to jury.
**Plaintiff's Exhibit 25-10 identified, offered, received.**

11:28 a.m.     Cross examination of Mr. Koch by Mr. Arney.

**Defendant's Exhibit K-16 identified, offered and received.**

Court instructs jurors.

Jurors excused.

March 20, 2007
04-cv-00181-RPM

**12:00 p.m.       Court in recess.**

**1:18 p.m.        Court in session.**

1:20 p.m.        Continued cross examination of Mr. Koch by Mr. Arney.

Reference to Defendant's Exhibit K-16.
**Defendant's Exhibits K-32, K-1, K-2, K-3 w/o pg. 2, K-6 exclude last pg., K-7, K-8, K-9, K-10, K-11 and K-12,  identified, offered and received.**

Court instructs jurors.

Jurors excused.

**3:00 p.m.        Court in recess.**

**3:15 p.m.        Court in session.**

Jurors present.

3:18 p.m.        Continued cross examination of Mr. Koch by Mr. Arney.

Reference to Defendant's Exhibit K-8.
**Defendant's Exhibits K-18, K-19 and K-27 identified, offered and received.**
Reference to Plaintiff's Exhibit 26-29.

3:30 p.m.        Redirect examination of Mr. Koch by Ms. Kristofco.

Reference to Defendant's Exhibit K-16.
Plaintiff's Demonstrative Exhibits 2 and 3 published to jury.

3:41 p.m.        Recross examination of Mr. Koch by Mr. Arney.

Plaintiff's Demonstrative Exhibits 2 published to jury.

3:44 p.m.        Plaintiff's witness, Wendell Rahorst, sworn.

Direct examination of Mr. Rahorst by Mr. Yates.

**Plaintiff's Exhibit 34 identified, offered and received.**
Plaintiff's Demonstrative Exhibit 1 published to jurors.

Court instructs jurors.

Jurors excused until 9:00 a.m., March 21, 2007

**4:30 p.m.        Court in recess.**

Hearing concluded.  Total time in court: 6hr. 42 min.