**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                    March 23, 2007
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 04-cv-00181-RPM (Consolidated with 04-cv-00182-RPM)

| | |
|---|---|
| REGENCY HOTEL MANAGEMENT COMPANY, INC., a Colorado corporation, | Russell Yates<br>Erin Kristofco |
| Plaintiff, | |
| v. | |
| EVANSTON INSURANCE COMPANY, an Illinois company, | Craig Johnson<br>Neil Arney |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Trial to Jury Day 5**

**8:30 a.m.        Court in session.**

Court's statements and partial findings and conclusions, as stated on record, with respect to Defendant's Motion for Judgment as a matter of Law.

Mr. Yates states plaintiff does not object to the judgment indicating the true title owner.

**ORDERED:   Defendant Motion for Judgment as a Matter of Law, filed March 22, 2006 [95], is granted with respect to the Business interruption claim and denied with respect to insurable interest.**

Argument by counsel with respect to remaining claims.
.
8:32 a.m.     Argument by Mr. Yates [95].
8:36 a.m.     Argument by Mr. Johnson [95].

Court's further findings and conclusion as stated on record.

**ORDERED:   Defendant Motion for Judgment as a Matter of Law, filed March 22, 206 [95], is denied with respect to remaining portions.**

March 22, 2007
04-cv-00181-RPM

Discussion regarding scheduling.

**8:40 a.m.        Court in recess.**

**8:59 a.m.        Court in session.**

Jurors present.

Court instructs jurors regarding rulings.

9:03 a.m.        Defendant's witness, Justin Blackburn, sworn.

Direct examination of Mr. Blackburn by Mr. Johnson.

Reference to Defendant's Demonstrative Exhibit 11.
Defendant's Exhibit B-11 identified, offered and objection sustained.

9:42 a.m.        Cross examination of Mr. Blackburn by Ms. Kristofco.

9:52 a.m.        Defendant's witness, Paula Ross, sworn.

Direct examination of Ms. Ross by Mr. Johnson.

**Defendant's Exhibits F-13 and F-9 identified, offered and received.**
Reference to Defendant's Exhibit F-8.

Court instructs jurors.

Jurors excused.

**10:18 a.m.      Court in recess.**

**10:33 a.m.      Court in session.**

Jurors present.

10:36 a.m.       Cross examination of Ms. Ross by Ms. Kristofco.

**Plaintiff's Exhibit 27 identified, offered and received.**

10:42 a.m.       Redirect examination of Ms. Ross by Mr. Johnson.

Reference to Plaintiff's Exhibit 27.

10:45 a.m.       Defendant's witness, Robert Rhone, sworn.

March 23, 2007
04-cv-00181-RPM

Direct examination of Mr. Rhone by Mr. Johnson.

Reference to Defendant's Demonstrative Exhibit N-11.
**Defendant's Exhibits B-9 and M-4 identified, offered and received.**
Defendant's Exhibit C-16 identified and offered.

11:33 a.m. to 11:34 a.m.     Mr. Yates voir dires Mr. Rhone regarding Defendant's Exhibit C-16. Objection.

**Defendant's Exhibit C-16 received** (limited purpose - reliance).

Court instructs jurors.

Jurors excused.

**12:00 p.m.     Court in recess.**

**1:20 p.m.     Court in session.**

Jurors present.

1:23 p.m.     Continued direct examination of Mr. Rhone by Mr. Johnson.

**Defendant's Exhibits B-23 and B-17 identified, offered and received.**

Counsel **stipulate** to $196,105.65 for asbestos abatement (Exhibit C-19).

1:50 p.m.     Cross examination of Mr. Rhone by Mr. Yates.

Reference to Defendant's Exhibits B-17 and C-16.

2:14 p.m.     Redirect examination of Mr. Rhone by Mr. Johnson.

2:21 p.m.     Recross examination of Mr. Rhone by Mr. Yates.

2:23 p.m.     Defendant's witness, Robert Cave, sworn.

Direct examination of Mr Cave by Mr. Johnson.

**Defendant's Exhibits C-20 and C-22 identified, offered and received.**
Reference to Defendant's Demonstrative Exhibit N-11.

Court instructs jurors.

Jurors excused.

March 23, 2007
04-cv-00181-RPM

**2:59 p.m.**         **Court in recess.**

**3:14 p.m.**         **Court in session.**

Jurors present.

3:16 p.m.         Cross examination of Mr. Cave by Ms. Kristofco.

3:29 p.m.         Redirect examination of Mr. Cave by Mr. Johnson.

Court instructs jurors.

Jurors excused until 9:00 a.m., March 26, 2007.

**Court instructs** counsel to prepare jury instructions and submit them by 9:00 a.m., March 26, 2007.
**Court states** it intends to use a general verdict form with interrogatories or an interrogatory verdict.
**Court further instructs** counsel to focus on areas of burden of proof with respect to repair (difference between replacement value and actual cash value), condition precedent - obligation of insurer (compliance ?), causation instructions tailored to specific issues and consider exhibits that will be submitted to the jury.

**3:41 p.m.**         **Court in recess.**

Hearing concluded. Total time in court: 5 hrs. 51 min.