IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00181-RPM

REGENCY HOTEL MANAGEMENT COMPANY, INC., a Colorado corporation,

    Plaintiff,

v.

EVANSTON INSURANCE COMPANY, an Illinois comapny,

    Defendant.

---

## STIPULATION AND ORDER REGARDING
## CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on March 19, 2007, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 28th day of March, 2007.

BY THE COURT:

_____
Richard P. Matsch, Senior Judge
United States District Court

APPROVED AS TO FORM:

_____    _____
ATTORNEY FOR PLAINTIFF    ATTORNEY FOR DEFENDANT