IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-00181-RPM

REGENCY HOTEL MANAGEMENT COMPANY, INC.,

    Plaintiff,

v.

EVANSTON INSURANCE COMPANY,

    Defendant.

- - - - -

Civil Action No. 04-cv-00182-RPM

EVANSTON INSURANCE COMPANY,

    Plaintiff,

v.

REGENCY HOTEL MANAGEMENT COMPANY, INC.,

    Defendant.

_____

ORDER FOR STAY OF EXECUTION
_____

On April 11, 2007, Evanston Insurance Company filed a motion to amend judgment pursuant to Fed.R.Civ.P. 59(e), seeking to reduce the amount of judgment for costs incurred after rejection of a Rule 68 offer of judgment and for stay of execution pending ruling on that motion.  It is now

ORDERED that execution on the judgment in favor of Regency Hotel Management Company, Inc., is stayed until resolution of the motion to amend under Rule 59(e) which will await the response from Regency Hotel Management Co.

DATED: April 23rd, 2007

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Judge