IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-00181-RPM

REGENCY HOTEL MANAGEMENT COMPANY, INC.,

      Plaintiff,
v.

EVANSTON INSURANCE COMPANY,

      Defendant.
- - - - -

Civil Action No. 04-cv-00182-RPM

EVANSTON INSURANCE COMPANY,

      Plaintiff,
v.

REGENCY HOTEL MANAGEMENT COMPANY, INC.,

      Defendant.

_____

ORDER DENYING PLAINTIFF'S MOTIONS UNDER RULES 59 AND 60(b)
_____

On April 11, 2007, the plaintiff Regency Hotel Management Company, Inc., filed a Motion for a New Trial or Other Relief from Judgment pursuant to Fed.R.Civ.P. 59 and 60(b).  Upon review of the motion and attachments it is

ORDERED that the motion denied.

DATED: April 23rd, 2007

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Judge