IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-00181-RPM-PAC (Consolidated)

REGENCY HOTEL MANAGEMENT COMPANY, INC.,
a Colorado corporation,

      Plaintiff,

v.

EVANSTON INSURANCE COMPANY,
an Illinois company,

      Defendant.

_____

Civil Action No. 04-cv-00182-OES

EVANSTON INSURANCE COMPANY,
an Illinois company,

      Plaintiff,

v.

REGENCY HOTEL MANAGEMENT COMPANY, INC.
a Colorado corporation,

      Defendant.

---

ORDERS TO AMEND JUDGMENT AND
VACATE THE STAY OF EXECUTION

---

Judgment entered in favor of Regency Hotel Management Company, Inc. ("Regency") on

March 28, 2007, in the amount of $270,218.86.  On April 11, 2007, Evanston Insurance

Company ("Evanston") moved pursuant to Fed. R. Civ. P. 59(e) to amend the judgment to reduce it by the amount of Evanston's costs incurred after Regency's rejection of an offer of judgment pursuant to Fed. R. Civ. P. 68.  An order for stay of execution was entered on April 23, 2007, to permit Regency to respond to the motion.

The following costs are allowed:

| | |
|---|---|
| Electronic filing fees | $5.18 |
| Service of process fees | $266.41 |
| Facsimile and postage | $490.70 |
| Expenses of copying documents and preparation of trial exhibits | $9,059.72 |
| Witness fees and mileage | $400.00 |
| Trial projector/trial materials | $2,085.10 |
| Transcripts | $26.00 |
| **Total Allowable Costs** | **$12,333.11** |

The following costs requested by Evanston are not allowed:  professional consulting services ($21,364.40); expert witness fees and expenses ($25,695.35); other witness expenses ($16,331.04); travel expenses for counsel ($2,980.55), and computerized legal research ($15,842.09).  Based on the foregoing, it is

ORDERED that the Judgment entered in favor Regency on March 28, 2007, shall be amended to reduce it by the amount of the allowed costs, resulting in an amended judgment of $257,885.75, and it is

FURTHER ORDERED that the stay of execution is vacated.

Dated: May 23, 2007

BY THE COURT:


s/Richard P. Matsch

Richard P. Matsch, Senior District Judge